# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

      v.      Crim. No. 5:14-CR-203-1BR

AMBER MICHELLE BARBER

On June 1, 2015, the above named was placed on probation for a period of 3 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,    I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain    /s/Linwood E. King  
Michael C. Brittain    Linwood E. King  
Supervising U.S. Probation Officer    U.S. Probation Officer  
    310 New Bern Avenue, Room 610  
    Raleigh, NC 27601-1441  
    Phone: 919-861-8682  
    Executed On: September 13, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __14__ day of __September__, 2017.

            W. Earl Britt  
            Senior U.S. District Judge